UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES BERNARD TILLMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | )    No. 4:05-CV-1844 CAS |
| | ) |
| HUSSMAN, USWA LOCAL UNION 9014, | ) |
| DON GANT, and KIM MILLER, | ) |
| | ) |
|     Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** as to all parties for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 27th day of July, 2006.